# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KENDALE L. WISE, | : No. 198 MM 2014 |
| Petitioner | : |
| v. | : |
| THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Extraordinary Relief is **DENIED**.